United States District Court
Southern District of Texas
**ENTERED**
January 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRETT JOHNSON, (SPN #3159482) Plaintiff, | § § § § § | CIVIL ACTION NO 4:23-cv-04435 |
| vs. | § § § § | JUDGE CHARLES ESKRIDGE |
| ED GONZALEZ, Defendant. | § § | |

## ORDER OF DISMISSAL

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Memorandum on Dismissal entered this same date.

SO ORDERED.

Signed on January 10, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge